**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 CR 279 |
| vs. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| PATRICK THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PATRICK THOMPSON'S WITNESS LIST**

Defendant, Patrick Thompson, by and through his undersigned counsel, respectfully submits this list of witnesses who he may call at trial. Defendant reserves the right to call witnesses listed on the government's witness list.  In addition, because the government has not yet disclosed its witness list, the Defendant reserves the right to call any witness as to whom the government has provided memoranda of interview or grand jury transcripts. Defendant also reserves the right to call additional witnesses whose testimony is necessitated based upon additional information developed shortly before or during the course of the trial.

**WILL CALL**

The defense has not yet identified any witness that it will definitely call.

**MAY CALL**

1. **Mike Meagher**. Mr. Meagher is a longtime friend and may testify to the Mr. Thompson's history and background and certain relevant character traits of Mr. Thompson.

2. **John Stephens**. Mr. Stephens is a colleague and may testify to background facts and pertinent character traits and habits of Mr. Thompson.

1

3. **Robert Gamrath III.** Mr. Stephens is a colleague and long-time friend of Mr. Thompson and may testify to background facts and pertinent character traits and habits of Mr. Thompson.

4. **Larry Sufferdin**. Mr. Sufferdin is a longtime colleague and may testify to pertinent character traits and habits of Mr. Thompson.

5. **Fr. Dan Brandt.** Father Brandt may testify to pertinent character traits and habits of Mr. Thompson.

6. **JoEllyn Munoz.** Ms. Munoz is Mr. Thompson's secretary and may testify to pertinent character traits and habits of Mr. Thompson.

7. **Kelly Fitzpatrick.** Ms. Fitzpatrick is Mr. Thompson's chief of staff and may testify to pertinent character traits and habits of Mr. Thompson.

8. **Ron Braver.** Mr. Braver is a retired Special Agent with the IRS and may be a potential impeachment witness as well as a rebuttal expert witness.

9. **John Chandler.** Mr. Chandler is a former teacher and coach of Mr. Thompson, who has had continual contact with Mr. Thompson since Mr. Thompson was in high school. He may testify to pertinent character traits and habits of Mr. Thompson.

10. **Marc Davis.** Mr. Davis is a life-long friend of Mr. Thompson and may testify to his biography and to pertinent character traits and habits of Mr. Thompson.

11. **Patrick Thompson.**

## MAY CALL FROM GOVERNMENT'S PRESUMED WITNESS LIST

The following persons are presumed to be on the government's witness list based on the government's disclosure of witness statements. If they are not called by the government, or the government objects to the defense eliciting affirmative testimony from the witness during the

witness' testimony in the government's case, then those witnesses may be called or re-called in the defense case. Further, the defense respectfully requests that the Court order that no such witness be released by the government from any trial subpoena.

1. Robert Hannigan

2. Tim Quinn

3. John Mallaber

4. Bill Murray

5. Jason Gibson

6. Haydee Gonzalez

7. John Holly

8. Dan Newell

9. Jacob Evans

10. Cathy Torres

11. Remetta Jackson

12. Records Custodian for Byline Bank

13. Ray Terrian

14. Andrew Morua

Dated: September 15, 2021

Respectfully submitted,

/s/ Carly Chocron
Chris Gair (cgair@gairlawgroup.com)
Jeff Eberhard (jeberhard@gairlawgroup.com)
Carly Chocron (cchocron@gairlawgroup.com)
Gair Eberhard Nelson Dedinas, Ltd.
1 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2021, she caused a copy of the foregoing document to be filed via this Court's CM/ECF system which will provide service on all Parties of record.

/s/ Carly Chocron
Carly Chocron